PIONEER CHEMICAL COMPANY, A NEBRASKA CORPORATION, APPELLANT, V. CITY OF NORTH PLATTE, A MUNICIPAL CORPORATION OF THE STATE OF NEBRASKA, AND UNION PACIFIC RAILROAD COMPANY, APPELLEES.

694 N.W.2d 208

Filed April 1, 2005.   No. S-02-854.

George G. Vinton for appellant.

Douglas L. Stack for appellee City of North Platte.

Stephen W. Kay, of Kay & Kay, for appellee Union Pacific Railroad Company.

HENDRY, C.J., WRIGHT, CONNOLLY, GERRARD, STEPHAN, McCORMACK, and MILLER-LERMAN, JJ.

PER CURIAM.

Having reviewed the briefs and record and having heard oral arguments, we conclude on further review that the decision of the Nebraska Court of Appeals in *Pioneer Chem. Co. v. City of North Platte*, 12 Neb. App. 720, 685 N.W.2d 505 (2004), is correct and, accordingly, affirm the decision of the Court of Appeals.

AFFIRMED.